# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GILBERT ELGRICHI; et al., | 2:10-cv-0673-LDG-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, IN C., et al., | |
| Defendants. | |

By order dated June 10, 2010 (#6), this court denied plaintiffs' ex parte motion for a temporary restraining order, explaining that it did not comply, among other things, with Fed.R.Civ.P. 65(b)(1), in that it did not include a written certification of what efforts have been made to give notice and the reasons why it should not be required. The second motion for emergency ex parte temporary restraining order (#7) suffers from the same defect. Absent such compliance, plaintiffs may seek injunctive relief only on a noticed basis. Accordingly,

THE COURT HEREBY ORDERS that plaintiffs' second motion for ex parte temporary restraining order (#7) is DENIED.

Dated this 10 day of September, 2010.

_____
Lloyd D. George
United States District Judge