# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GILBERT ELGRICHI, *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-00673-LDG (GWF) |
| v. | **ORDER** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*, | |
| Defendants. | |

For good cause shown,

THE COURT **ORDERS** that Defendant Cooper Castle Law Firm's Unopposed Motion to Dismiss (#15) is GRANTED;

THE COURT FURTHER **ORDERS** that Plaintiffs' complaint is dismissed as to all defendants pursuant to Fed. R. Civ. Pro. 4(m) for failure to timely serve the summons and complaint.

DATED this ____ day of March, 2011.

_____
Lloyd D. George
United States District Judge